

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00158-CR |
| State, | § | Appeal from the |
| v. | § | 394th District Court |
| HARLIN PIERCE, | § | of Jeff Davis County, Texas |
| Appellee. | § | (TC# CR-15-00823) |
|  | § |  |

## **O R D E R**

Pending before the Court is the State's motion to expedite its appeal from an order suppressing evidence. The State also requests that the Court enter a scheduling order establishing the deadlines for filing the appellate record and the briefs. The motion is GRANTED.

The clerk's record and reporter's record are due to be filed no later than August 19, 2016 (sixty days after the suppression order was signed). *See* TEX.R.APP.P. 35.2(a). The State's brief is due to be filed no later than twenty days after the appellate record is filed. Appellee's brief is due to be filed no later than twenty days after the State's brief is filed. The State's reply brief, if any, is due to be filed no later than ten days after Appellee' brief is filed. Having granted this motion to expedite the appeal, the Court will not look favorably on any motion requesting an extension of time in which to file a brief unless extraordinary circumstances are present.

IT IS SO ORDERED this 28th day of July, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.